IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00493-MSK-CBS

SOLOMON AZEZE BERAKI,

    Plaintiff,

v.

MICHAEL B. MAKASEY, Attorney General of the United States,
ROBERT MUELLER III, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, and
ROBERT MATHER, Director, Denver District Office, United States Citizenship and Immigration Services,

    Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

    The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **May 1, 2008, at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars* and be prepared to address scheduling of this matter.

    DATED this 20th day of March, 2008.

                                              BY THE COURT:

                                              Marcia S. Krieger
                                              United States District Judge